UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BILLY M. WALKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:16cv00018 PLC |
| GLEN BABICH, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The parties filed a joint motion to amend the case management order ("CMO") ("joint motion") [ECF No. 31] in this prisoner case. The parties ask the Court to extend:

(1) from December 5, 2016 until March 10, 2017 the deadline for completion of depositions of the parties' expert witnesses and the completion of all discovery;

(2) from December 19, 2016 until March 24, 2017 the deadline for filing any motions to compel and Daubert motions; and

(3) from February 6, 2017 to May 5, 2017 the deadline for filing any motions to dismiss, for summary judgment, or for judgment on the pleadings; from March 6, 2017 to June 2, 2017 the deadline for filing responses to any such motion; and from March 17, 2017 to June 16, 2017 the deadline for filing replies in support of any such motion. After careful consideration,

**IT IS HEREBY ORDERED** that the parties' joint motion [ECF No. 31] is **GRANTED** so that the CMO is amended only to extend the above deadlines as the parties propose. The other terms of the CMO remain in full force and effect.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 5th day of December, 2016.